Matthew T. Finn et al., Appellees, v. Emmaus Evangelical Lutheran Church et al., Appellants.

Gen. No. 43,772.

344

opinion filed September 13, 1946; released for publication September 24, 1946. J. Edward Jones, for appellants; Payton J. Tuohy, for appellees. Opinion by Presiding Justice O'Connor. Not to be published in full.